UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 19-0609 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's July 29, 2020, Minute Order, Plaintiffs, the James Madison Project and Adam Entous, and Defendants, Central Intelligence Agency ("CIA"), Department of State ("State"), Department of Justice ("DOJ"), Department of Defense ("DOD"), Department of Commerce ("Commerce"), and U.S. Agency for International Development ("USAID"), by and through undersigned counsel, respectfully submit this joint status report.

This action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, seeks records responsive to FOIA requests submitted to Defendants on or about February 21, 2019. The status of the requests with the various defendant agencies and their components is as follows:

- CIA:  The CIA asserted a Glomar response under FOIA Exemptions 1 and 3.
- State: State and Plaintiffs are negotiating over the scope of the FOIA request. State has been processing overlapping documents for Plaintiffs in another FOIA case (request F-2018-07049, *James Madison Project v. Dep't of State*, Civ. A. 19-0325 (ABJ) (D.D.C.)).  State has actively been negotiating with Plaintiffs on the scope of productions on that request, which, while voluminous, is still substantially smaller in volume than this

request (which encompasses that request in its entirety). Because the scope of the FOIA request in this case is not resolved, State has not completed searches and cannot provide an estimated completion date yet.

- DOJ Office of Information Policy ("OIP"): By letter dated May 27, 2020, OIP issued a final response with respect to Parts 1 and 2 of Plaintiff's request and informed Plaintiff that it was closing Part 3 of the request as not reasonably described.

- Federal Bureau of Investigation ("FBI"): The FBI is asserting a Glomar response under FOIA Exemptions 1 and 3. The FBI conducted a search and found no evidence the FBI has publically acknowledged any involvement or made a statement on this issue.

- DOD: DOD is awaiting the completion of a consult from State on all of the records located by DOD, which is under 100 pages.

- Department of the Navy: The Navy has responded to the FOIA request, indicating that it did not locate any responsive records.

- Defense Intelligence Agency ("DIA"): DIA completed its search and has begun review and processing. DIA completed its review of five of nine records, but requires additional time to complete its review of the remaining four records, due in part to pending consults with other agencies that have not been completed. Due to COVID-19, DIA is in the midst of a phased resumption of processing. However, all processing for this case occurs on a classified network that cannot be done through teleworking, and all five members of DIA's FOIA litigation team (FOIA-Lit) are part of a population at high-risk of serious complications from COVID-19. While two of those FOIA-Lit officers have recently volunteered, and have been approved by the Chief of Staff to come into the office on a two-day per week basis to begin resuming work on this matter, DIA is still reliant upon

the completion of consults with other agencies, which are also under modified staffing due to COVID-19.

- Department of the Air Force:  The Air Force provided its final response on October 16, 2019.

- Department of the Army:  US Army South Command and US Army Europe have already responded indicating that they did not locate any responsive records.  US Army Pacific Command completed its searches and found no responsive records.  Intelligence and Security Command  completed its search and released one responsive document on February 28, 2020.

- Commerce:  The International Trade Administration ("ITA"), a component of Commerce, advised the requesters/Plaintiffs by letter dated May 8, 2019, that it had no records responsive to the request.  Plaintiffs filed an administrative appeal on May 9, 2019.  On November 15, 2019, Commerce granted Plaintiffs' appeal by having ITA conduct an expanded search, which also did not locate any responsive records.

- USAID: USAID has completed processing all its records responsive to Plaintiffs' FOIA request.

Given the foregoing status, counsel for the parties are in discussions to resolve or narrow the litigation.  In light of the foregoing, Defendants suggest a further status report be filed in 60 days, *i.e.*, by November 24, 2020.

Dated:  September 25, 2020   Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Fax: (202) 252-2599
Email: sean.tepe@usdoj.gov

*Counsel for Defendants*

*/s/ Mark Zaid*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W.
Ste. 700
Washington, D.C. 20036
(202) 454-2809/f-(202) 330-5610
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*