UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, et al.,     ) <br>     ) <br> Plaintiffs,     ) <br>     ) <br> v.     ) <br>     ) <br> CENTRAL INTELLIGENCE AGENCY, et al.,     ) <br>     ) <br> Defendants.     ) <br>     ) | Civil Action No. 19-0609 (BAH) |

## STIPULATION OF DISMISSAL AS TO OFFICE OF INFORMATION POLICY AND THE DEPARTMENT OF ARMY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice with respect to Department of Justice Office of Information Policy and the Department of Army only.

Dated: January 30, 2025

<table>
<tr><td>

   _/s/ Mark S. Zaid_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W.
Ste. 700
Washington, D.C. 20036
(202) 454-2809/f-(202) 330-5610
Brad@MarkZaid.com
Mark@MarkZaid.com

*Attorneys for Plaintiff*

</td><td>

EDWARD R. MARTIN, JR.
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____*/s/ Stephen DeGenaro*_____
   STEPHEN DEGENARO
   D.C. Bar #1047116
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   Telephone: (202) 252-7229
   stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*

</td></tr>
</table>